RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 10, 13, 05
BY OM

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| ELBA JULIETTE GIDDENS WOODS | CIVIL ACTION NO. 05-0704 |
| versus | JUDGE WALTER |
| ECKERD CORPORATION, ET AL. | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** for failure to provide discovery and comply with this court's discovery order.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 12 day of Oct, 2005.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE